UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOMA CHIROPRACTIC, P.A., a Florida corporation, individually and as the representative of a class of similarly situated persons,

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No: 2:15-cv-482-FtM-29CM

NUTRITIONAL BRANDS, INC. and JOHN DOES 1-10,

　　　　Defendants.

**ORDER**

　　　　This matter comes before the Court on defendant's Stipulation of Dismissal With Prejudice of Its Counterclaim (Doc. #23) filed on May 3, 2016, and the parties' Joint Stipulation of Dismissal (Doc. #24) filed on May 3, 2016.  Defendant seeks to dismiss with prejudice its Counterclaim after the filing of an Answer (Doc. #22) by plaintiff, and the parties have otherwise stipulated to the dismiss of the action with prejudice in its entirety.  No summonses were issued as to the John Does 1-10, and the deadline to execute service of process has long expired.  Therefore, the Court finds that the case may be dismissed.

　　　　Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __4th__ day of May, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record